IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Booth, Carolyn R

Printed: 03/03/09

Case Number: 08 B 29095
Judge: Wedoff, Eugene R
Filed: 10/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 15, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lighthouse Financial Group | Secured | 862.67 | 0.00 |
| 2. | Educational Credit Management Corp | Unsecured | 8,184.15 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 1,287.68 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 1,160.00 | 0.00 |
| 5. | Cook County Treasurer | Priority | | No Claim Filed |
| 6. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 7. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 8. | Paul Law Offices | Unsecured | | No Claim Filed |
| 9. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 10. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 11. | ACC International | Unsecured | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 11,494.50 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Booth, Carolyn R | Case Number:  08 B 29095 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/03/09 | Filed:  10/28/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*